PROB 12C
(7/93)

Report Date: March 13, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 3 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matilda Lucille Jim         Case Number: 2:08CR02070-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 4/16/2009

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation - Assault With a Dangerous Weapon, 18 U.S.C. §§ 1153 and 113(a)(3) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 51 Months<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | 1/29/2013 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | 8/28/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Matilda Jim failed to report to the U.S. Probation Office on March 11, 2013.<br><br>On March 7, 2013, the undersigned officer contacted the defendant by telephone and instructed her to report for an office visit on March 11, 2013. Although the defendant stated she understood, she failed to report as directed. On March 11, 2013, contact was made with the defendant's mother who related the defendant left the residence on March 8, 2013, and had not returned. A message was left for the defendant to report to the U.S. Probation Office on March 12, 2013.<br><br>To date the defendant has failed to report or contact the U.S. Probation Office and her whereabouts are currently unknown. |

Prob12C
Re:  Jim, Matilda Lucille
March 13, 2013
Page 2

| | |
|---|---|
| 2 | **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Matilda Jim moved out of her home on March 8, 2013, and failed to report a change in residence to her supervising probation officer.

On March 11, 2013, contact was made with the defendant's mother, who related the defendant left the residence on March 8, 2013, and had not returned. The defendant's mother advised she did not know of her whereabouts, but believed she was probably out there somewhere drinking alcohol with friends and associates. |
| 3 | **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and the treatment provider.

**Supporting Evidence**: Matilda Jim failed to complete a substance abuse evaluation on March 7, 2013.

On March 7, 2013, Ms. Jim was scheduled to report to the Yakima County Assessment and Referral Services for a drug/alcohol assessment, but she failed to report as scheduled. That same day this officer contacted the defendant and discussed her missed assessment appointment. Ms. Jim advised the reason she failed to show for her assessment appointment was because she lost her appointment paperwork and did not think about calling the assessment center or the undersigned officer to obtain her appointment information. |

Prob12C
Re: Jim, Matilda Lucille
March 13, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/13/13
Date