PROB 12C
(7/93)

Report Date: September 1, 2015

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 1 2015

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Matilda Lucille Jim | Case Number: 0980 2:08CR02070-LRS-1 |
| Address of Offender: | Toppenish, Washington 98948 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 16, 2009

Original Offense:     Crime on Indian Reservation - Assault With a Dangerous Weapon,
                      18 U.S.C. § 1153 & 1139a)(3)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 51 months;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 21, 2014 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: October 20, 2015 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Matilda Jim consumed alcohol on or about May 8, 2015, and August, 24, 2015.

On June 15, 2015, Ms. Jim reported for an office visit and admitted to consuming alcohol on May 8, 2015, and attempting to end her life.  She reported the reason she consumed alcohol and attempted suicide was because she had broken up with her boyfriend and was feeling depressed.  Ms. Jim was reluctant to speak about her suicide attempt but this officer observed what appeared to be about a three to four inch scratch/cut across her throat.  As a result of the suicide attempt, her mental health counseling sessions were increased to weekly and a safety plan was established with her counselor.

On August 31, 2015, an incident report was received from the Yakama Nation Police Department, case number 15-006044. The reported noted that on August 24, 2015, officers responded to an assault charge. Upon arriving at the scene, the defendant was found unconscious. During the investigation, third parties reported the defendant had started fighting with individuals and was subsequently knocked out by an unknown male. The defendant was arrested for a liquor violation but was not booked into jail due to her injuries and state of intoxication. Officers administered a portable breath test on the defendant which registered a blood alcohol content level of .276. Ms. Jim was taken to a local hospital but declined medical attention. Her court date is unknown at this time.

| Violation Number | |
|---|---|
| | **Mandatory Condition**: The defendant shall not commit another federal, state or local crime. |
| 2 | **Supporting Evidence**: Matilda Jim was charged by Yakama Nation Tribal Police with a liquor violation on August 24, 2015, as noted in violation number 1. |

Her next court date is unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 1, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/1/15
Date