PROB 12C
(7/93)

Report Date: September 2, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 2 2015

SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matilda Lucille Jim        Case Number: 0980 2:08CR02070-LRS-1

Address of Offender:                Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: April 16, 2009

Original Offense:      Crime on Indian Reservation - Assault With a Dangerous Weapon,
                       18 U.S.C. §§ 1153 and 113(a)(3)

Original Sentence:     Prison - 51 months;            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Thomas J. Hanlon              Date Supervision Commenced: February 21, 2014

Defense Attorney:      Rick Lee Hoffman              Date Supervision Expires: October 20, 2015

---

### PETITIONING THE COURT

    To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/01/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Matilda Jim consumed alcohol on August 29, 2015.

On August 30, 2015, the offender was observed by Tribal police walking in the middle of the road. Upon contacting the offender, officers observed she was highly intoxicated and subsequently arrested her on a warrant for trespassing.

On September 1, 2015, the offender reported to the U.S. Probation Office and admitted to consuming alcohol on August 29, 2015. She stated the reason she relapsed was because she was feeling depressed and lonely. Ms. Jim reviewed and signed an admission form acknowledging the aforementioned.

Prob12C
**Re: Jim, Matilda Lucille**
**September 2, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Jose Vargas
_____

September 2, 2015
_____

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

7/2/15
_____
Date